2-19-18

Court Clerk,

I respectfully request my Docket entry sheets and my sentencing transcripts ASAP Please.

In 2013 my mother Sara Crespo purchased my sentencing minutes from Walter Purcell.

Please help me out and send me a copy free of charge. I'm trying to fight for relief.

I was sentenced December, 2012 in front of Judge William Martini.

"Thank you for your time"

2018 FEB 23 P 3: 21
DISTRICT COURT
NEWARK, NEW JERSEY
RECEIVED



David Crespo #64471050
Federal Correctional Institution Jesup
2680 HWY 301 South
Jesup, GA
31599

Office of Court Clerk
50 Walnut St,
Newark, NJ
07102

Legal Mail

U.S. DISTRICT COURT
DISTRICT OF NEW JERSEY
RECEIVED
2018 FEB 23 P 3:21

07102-355199